UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLHASSEE DIVISION

SHAREE HALL,

    Petitioner,

v.                                        Case No. 4:16cv403-WS-CJK

JONES, Warden,
FCI Tallahassee,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

On July 5, 2016, the court directed petitioner to submit an amended habeas petition along with service copies of the petition. (Doc. 3). In addition, the court ordered petitioner to submit either the $5.00 filing fee or a motion to proceed *in forma pauperis*. Petitioner failed to comply with the order. On August 10, 2016, the court ordered petitioner to show cause within 21 days why this case should not be dismissed due to petitioner's failure to prosecute and/or comply with an order of the court. (Doc. 4). To date, petitioner has not responded to the show cause order.

Accordingly, it is respectfully RECOMMENDED:

1.    That this case be DISMISSED WITHOUT PREJUDICE due to petitioner's failure to prosecute and/or comply with an order of the court.

2.    That the clerk be directed to close the file.

At Pensacola, Florida, this 9th day of September, 2016.

*/s/* *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the Magistrate Judge and all other parties.  A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 4:16cv403-WS-CJK